# EXHIBIT A

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** HIPPODROME LLC
**DOS ID:** 5585244
**FOREIGN LEGAL NAME:** HIPPODROME SERVICES LLC
**FICTITIOUS NAME:** HIPPODROME LLC
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 07/11/2019
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 07/11/2019
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 07/08/2019
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** ALBANY
**NEXT STATEMENT DUE DATE:** 07/31/2021
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | **NAME HISTORY** | **FILING HISTORY** | **MERGER HISTORY** | **ASSUMED NAME HISTORY**

#### Service of Process Name and Address
**Name:** CAPITOL SERVICES INC.
**Address:** 1218 CENTRAL AVENUE, SUITE 100, ALBANY, NY, UNITED STATES, 12205

#### Chief Executive Officer's Name and Address
**Name:**
**Address:**

#### Principal Executive Office Address
**Address:**

#### Registered Agent Name and Address
**Name:**
**Address:**

#### Entity Primary Location Name and Address
**Name:**
**Address:**

#### Farmcorpflag
**Is The Entity A Farm Corporation:** NO

| Stock Information | | |
|---|---|---|
| Share Value | Number Of Shares | Value Per Share |

Case 1:22-cv-07314-KPF   Document 1-1   Filed 08/26/22   Page 3 of 5

| Stock Information | | |
|---|---|---|
| Share Value | Number Of Shares | Value Per Share |



HOME    CONTACT



Operating for over 25 years, Hippodrome provides outsourced laundry and dry-cleaning services to 4-

and 5-star hotels in Manhattan. With a 9-year average customer tenure, Hippodrome's customer satisfaction is unparalleled in the Manhattan market. Due to its focus on high touch service and avoidance of lower-quality tunnel washing, Hippodrome has emerged as one of NYC's premier providers in the Hotel laundry industry.

REQUEST A QUOTE

(718) 505-1874

780 E 134th St 1st Fl, The Bronx, NY 10454

POWERED BY SQUARESPACE.