# EXHIBIT B

## Department of State
### Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** HIPPODROME SERVICES, CORP.
**DOS ID:** 2372662
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 04/29/1999
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/29/1999
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** BRONX
**NEXT STATEMENT DUE DATE:** 04/30/2021
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

#### Service of Process Name and Address

**Name:** THE CORPORATION

**Address:** 310 WALTON AVENUE, BRONX, NY, UNITED STATES, 11451

#### Chief Executive Officer's Name and Address

**Name:** OLGA SHERMAN

**Address:** 780 EAST 134TH STREET, BRONX, NY, UNITED STATES, 10454

#### Principal Executive Office Address

**Address:** 780 EAST 134TH STREET, BRONX, NY, UNITED STATES, 10454

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

#### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00 |

Case 1:22-cv-07314-KPF   Document 1-2   Filed 08/26/22   Page 4 of 4

# Hippodrome Services Corp

Laundry Service in The Bronx
Open today until 7:00 PM

GET QUOTE



Hippodrome Services Corp  Get Quote  Call Now  Get Directions