# EXHIBIT C



# Franchise Tax Account Status

As of : 07/18/2022 15:08:11

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| SURGE PRIVATE EQUITY LLC | |
|---|---|
| **Texas Taxpayer Number** | 32064403267 |
| **Mailing Address** | 7700 WINDROSE AVE PLANO, TX 75024-0173 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 07/26/2017 |
| **Texas SOS File Number** | 0802776573 |
| **Registered Agent Name** | CAPITOL CORPORATE SERVICES, INC. |
| **Registered Office Street Address** | 206 E. 9TH ST., STE. 1300 AUSTIN, TX 78701 |