# EXHIBIT D

 **SURGE** PRIVATE EQUITY 

# OPERATING TEAM

**BACK TO THE TEAM**



## DOUGLAS KOPELMAN

OPERATING PARTNER

Mr. Kopelman is an Operating Partner at Surge Private Equity.  Currently, he is the Chief Executive Officer of Surge's Hippodrome Services LLC, a 20 year old commercial laundry business servicing 4 and 5 star hotels in Manhattan.

Prior to that, Mr. Kopelman was CEO of Bal-Togs, a domestic dance and team apparel manufacturer based in northern New Jersey.  During his tenure, he oversaw the implementation of Lean Six-Sigma policies, resulting in increased production capacity, reduced waste, and ultimately added profits.  He also was the point person on the sale of Bal-Togs to Augusta Sportswear, a portfolio company of Kelso & Co., achieving a high multiple due to the companies' manufacturing and operational expertise.

Mr. Kopelman graduated cum laude from Cornell University with a degree in Applied Economics and Management (AEM), and a specialization in Finance.  In his spare time, he is an avid runner.



# SURGE
### PRIVATE EQUITY

ABOUT

TEAM

PORTFOLIO

MEDIA ROOM

CAREERS

CONTACT US

**MAILING ADDRESS**

2101 Cedar Springs Road,
Suite 1220 Dallas, TX
75201

**INQUIRIES**

Alexander Keith
Phone: (214) 347-4273

**EMAIL**

akeith@surgepe.com

Subscribe to the Surge Private Equity Newsletter.

Your email here    SUBSCRIBE

© COPYRIGHT 2022. ALL RIGHTS RESERVED.

PRIVATE EQUITY WEB DESIGN BY THOMAS DIGITAL