# EXHIBIT E

## Paystub 1

**Employee:** Mariana A. Zhao
**SSN:** [redacted]
**Check Number:** 40797
**Check Date:** 2/5/2019
**Period Begin:** 1/28/2019
**Period End:** 2/3/2019
**Hire Date:** 09/08/2014
**W/H Status:** Federal: [redacted], State: N[redacted]
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 35.00 | 525.00 | 2039.75 |
| Hol hourly | | | | 224.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 31.12 | 131.53 |
| Soc Sec Tax | 32.55 | 140.36 |
| Medicare Tax | 7.61 | 32.82 |
| State Inc Tax | 16.07 | 67.77 |
| NYC | 11.49 | 48.30 |
| NY PFL | 0.80 | 3.46 |
| SDI | 0.60 | 3.00 |
| Union Dues | 9.50 | 47.50 |

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 525.00 | 2263.75 |
| TOTAL DEDUCTIONS | 109.74 | 474.74 |
| NET PAY | 415.26 | 1789.01 |

---

## Paystub 2

**Employee:** Mariana A. Zhao
**SSN:** [redacted]
**Check Number:** 42536
**Check Date:** 6/4/2019
**Period Begin:** 5/27/2019
**Period End:** 6/2/2019
**Hire Date:** 09/08/2014
**W/H Status:** Federal: [redacted], State: N[redacted]
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 34.25 | 513.75 | 11576.00 |
| OT wages | | | | 196.89 |
| Hol hourly | 15.00 | 8.00 | 120.00 | 344.00 |
| * Uniform | | | | 90.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 44.17 | 771.93 |
| Soc Sec Tax | 39.29 | 751.26 |
| Medicare Tax | 9.19 | 175.71 |
| State Inc Tax | 22.61 | 396.57 |
| NYC | 15.83 | 280.84 |
| NY PFL | 0.97 | 18.54 |
| SDI | 0.60 | 13.20 |
| Union Dues | 9.50 | 209.00 |

* Non-taxable income

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 633.75 | 12206.89 |
| FEDERAL TAXABLE GROSS PAY | 633.75 | 12116.89 |
| TOTAL DEDUCTIONS | 142.16 | 2616.85 |
| NET PAY | 491.59 | 9590.04 |

---

## Paystub 3

**Employee:** Mariana A. Zhao
**SSN:** [redacted]
**Check Number:** 42884
**Check Date:** 6/25/2019
**Period Begin:** 6/17/2019
**Period End:** 6/23/2019
**Hire Date:** 09/08/2014
**W/H Status:** Federal: [redacted], State: NY
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 40.00 | 600.00 | 13376.00 |
| OT wages | 22.50 | 0.25 | 5.63 | 264.40 |
| Hol hourly | | | | 344.00 |
| * Uniform | | | | 108.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.79 | 900.38 |
| Soc Sec Tax | 37.55 | 867.05 |
| Medicare Tax | 8.78 | 202.78 |
| State Inc Tax | 20.87 | 462.31 |
| NYC | 14.68 | 326.74 |
| NY PFL | 0.93 | 21.40 |
| SDI | 0.60 | 15.00 |
| Union Dues | 9.50 | 237.50 |

* Non-taxable income

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 605.63 | 14092.40 |
| FEDERAL TAXABLE GROSS PAY | 605.63 | 13984.40 |
| TOTAL DEDUCTIONS | 133.70 | 3033.16 |
| NET PAY | 471.93 | 11059.24 |

## Paystub 1

**Employee:** Mariana A. Zhao
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

**Check Number:** 42200
**Check Date:** 5/14/2019
**Period Begin:** 5/6/2019
**Period End:** 5/12/2019
**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 34.75 | 521.25 | 9978.50 |
| OT wages | | | | 196.89 |
| Hol hourly | | | | 224.00 |
| * Uniform | | | 18.00 | 90.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 30.67 | 661.47 |
| Soc Sec Tax | 32.32 | 644.78 |
| Medicare Tax | 7.56 | 150.80 |
| State Inc Tax | 15.85 | 339.83 |
| NYC | 11.35 | 240.49 |
| NY PFL | 0.80 | 15.91 |
| SDI | 0.60 | 11.40 |
| Union Dues | 9.50 | 180.50 |

* Non-taxable income

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 539.25 | 10489.39 |
| FEDERAL TAXABLE GROSS PAY | 521.25 | 10399.39 |
| TOTAL DEDUCTIONS | 108.65 | 2245.18 |
| NET PAY | 430.60 | 8244.21 |

---

## Paystub 2

**Employee:** Mariana A. Zhao
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

**Check Number:** 41253
**Check Date:** 3/12/2019
**Period Begin:** 3/4/2019
**Period End:** 3/10/2019
**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 39.00 | 585.00 | 4871.00 |
| OT wages | | | | 22.50 |
| Hol hourly | | | | 224.00 |
| * Uniform | | | | 36.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 38.32 | 314.58 |
| Soc Sec Tax | 36.27 | 317.30 |
| Medicare Tax | 8.48 | 74.21 |
| State Inc Tax | 19.61 | 161.71 |
| NYC | 13.86 | 114.82 |
| NY PFL | 0.90 | 7.83 |
| SDI | 0.60 | 6.00 |
| Union Dues | 9.50 | 95.00 |

* Non-taxable income

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 585.00 | 5153.50 |
| FEDERAL TAXABLE GROSS PAY | 585.00 | 5117.50 |
| TOTAL DEDUCTIONS | 127.54 | 1091.45 |
| NET PAY | 457.46 | 4062.05 |

---

## Paystub 3

**Employee:** Mariana A. Zhao
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

**Check Number:** 41436
**Check Date:** 3/26/2019
**Period Begin:** 3/18/2019
**Period End:** 3/24/2019
**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 40.00 | 600.00 | 6041.00 |
| OT wages | | | | 22.50 |
| Hol hourly | | | | 224.00 |
| * Uniform | | | 18.00 | 54.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.12 | 391.22 |
| Soc Sec Tax | 37.20 | 389.84 |
| Medicare Tax | 8.70 | 91.18 |
| State Inc Tax | 20.52 | 200.95 |
| NYC | 14.46 | 142.55 |
| NY PFL | 0.92 | 9.62 |
| SDI | 0.60 | 7.20 |
| Union Dues | 9.50 | 114.00 |

* Non-taxable income

| | Current | Year to Date |
|---|---|---|
| TOTAL GROSS PAY | 618.00 | 6341.50 |
| FEDERAL TAXABLE GROSS PAY | 600.00 | 6287.50 |
| TOTAL DEDUCTIONS | 132.02 | 1346.56 |
| NET PAY | 485.98 | 4994.94 |

## Paystub 1

**Employee:** Mariana A. Zhao
**W/H Status:** 2019 Federal [redacted]  State: NY [redacted]
**Check Number:** 1658
**Check Date:** 5/20/2020
**Period Begin:** 5/11/2020
**Period End:** 5/17/2020
**Hire Date:** 09/08/2014

**Employer:**
Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 40.00 | 608.00 | 2644.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |
| * Uniform | | | | 18.00 |

* Non-taxable income

| | Hours | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS PAY | 40.00 | 608.00 | 4365.20 |
| FEDERAL TAXABLE GROSS PAY | | 608.00 | 4347.20 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.55 | 251.49 |
| Soc Sec Tax | 37.70 | 269.54 |
| Medicare Tax | 8.82 | 63.05 |
| State Inc Tax | 20.99 | 133.21 |
| NYC | 14.77 | 94.82 |
| NY PFL | 1.84 | 11.74 |
| SDI | 0.60 | 4.80 |
| Union Dues | 9.50 | 57.00 |
| **TOTAL DEDUCTIONS** | 134.57 | 885.65 |
| **NET PAY** | 473.43 | 3479.55 |

---

## Paystub 2

**Employee:** Mariana A. Zhao
**W/H Status:** 2019 Federal [redacted]  State: NY [redacted]
**Check Number:** 1772
**Check Date:** 5/28/2020
**Period Begin:** 5/18/2020
**Period End:** 5/24/2020
**Hire Date:** 09/08/2014

**Employer:**
Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 35.00 | 532.00 | 3176.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |
| * Uniform | | | | 18.00 |

* Non-taxable income

| | Hours | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS PAY | 35.00 | 532.00 | 4897.20 |
| FEDERAL TAXABLE GROSS PAY | | 532.00 | 4879.20 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 31.43 | 282.92 |
| Soc Sec Tax | 32.98 | 302.52 |
| Medicare Tax | 7.71 | 70.76 |
| State Inc Tax | 16.48 | 149.69 |
| NYC | 11.77 | 106.59 |
| NY PFL | 1.44 | 13.18 |
| SDI | 0.60 | 5.40 |
| Union Dues | 9.50 | 66.50 |
| **TOTAL DEDUCTIONS** | 111.91 | 997.56 |
| **NET PAY** | 420.09 | 3899.64 |

## Paystub 1

**Employee:** Mariana A. Zhao
SSN: [redacted]
**Check Number:** 1542
**Check Date:** 5/13/2020
**Period Begin:** 5/4/2020
**Period End:** 5/10/2020

**W/H Status**
2019 Federal: [redacted]
State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 40.00 | 608.00 | 2036.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |
| * Uniform | | | 18.00 | 18.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.55 | 210.94 |
| Soc Sec Tax | 37.70 | 231.84 |
| Medicare Tax | 8.82 | 54.23 |
| State Inc Tax | 20.99 | 112.22 |
| NYC | 14.77 | 80.05 |
| NY PFL | 1.64 | 10.10 |
| SDI | 0.60 | 4.20 |
| Union Dues | 9.50 | 47.50 |

* Non-taxable income

| | Hours | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS PAY | 40.00 | 626.00 | 3757.20 |
| FEDERAL TAXABLE GROSS PAY | | 608.00 | 3739.20 |
| TOTAL DEDUCTIONS | | 134.57 | 751.08 |
| NET PAY | | 491.43 | 3006.12 |

---

## Paystub 2

**Employee:** Mariana A. Zhao
SSN: [redacted]
**Check Number:** 1420
**Check Date:** 5/6/2020
**Period Begin:** 4/27/2020
**Period End:** 5/3/2020

**W/H Status**
2019 Federal: [redacted]
State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 35.00 | 532.00 | 1428.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 31.43 | 170.39 |
| Soc Sec Tax | 32.98 | 194.14 |
| Medicare Tax | 7.71 | 45.41 |
| State Inc Tax | 16.48 | 91.23 |
| NYC | 11.77 | 65.28 |
| NY PFL | 1.44 | 8.46 |
| SDI | 0.60 | 3.60 |
| Union Dues | 9.50 | 38.00 |

| | Hours | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS PAY | 35.00 | 532.00 | 3131.20 |
| TOTAL DEDUCTIONS | | 111.91 | 616.51 |
| NET PAY | | 420.09 | 2514.69 |

---

## Paystub 3

**Employee:** Mariana A. Zhao
SSN: [redacted]
**Check Number:** 1886
**Check Date:** 6/5/2020
**Period Begin:** 5/25/2020
**Period End:** 5/31/2020

**W/H Status**
2019 Federal: [redacted]
State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

**Hire Date:** 09/08/2014

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 30.00 | 456.00 | 3632.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |
| * Uniform | | | | 18.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 22.31 | 305.23 |
| Soc Sec Tax | 28.27 | 330.79 |
| Medicare Tax | 6.61 | 77.37 |
| State Inc Tax | 12.00 | 161.69 |
| NYC | 8.77 | 115.36 |
| NY PFL | 1.23 | 14.41 |
| SDI | 0.60 | 6.00 |
| Union Dues | 9.50 | 76.00 |

* Non-taxable income

| | Hours | Current | Year to Date |
|---|---|---|---|
| TOTAL GROSS PAY | 30.00 | 456.00 | 5353.20 |
| FEDERAL TAXABLE GROSS PAY | | 456.00 | 5335.20 |
| TOTAL DEDUCTIONS | | 89.29 | 1086.85 |
| NET PAY | | 366.71 | 4266.35 |



### Paystub 1 (partial, top)

**Employee:** Mariana A. Zhao
**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 34.75 | 513.75 | 11578.00 |
| OT wages | | | | 196.89 |
| Hol hourly | 18.00 | 8.00 | 120.00 | 344.00 |
| * Uniform | | | | 90.00 |

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 44.17 | 771.93 |
| Soc Sec Tax | 39.29 | 751.26 |
| Medicare Tax | 9.19 | 175.71 |
| State Inc Tax | 22.81 | 395.47 |
| NYC | 15.83 | 280.44 |
| NY PFL | 0.97 | 18.54 |
| SDI | 0.60 | 13.20 |
| Union Dues | 9.50 | 209.00 |

TOTAL GROSS PAY   633.75   12206.89
FEDERAL TAXABLE GROSS PAY   633.75   12116.89
TOTAL DEDUCTIONS   142.16   2615.85
NET PAY   491.59   9590.04

---

### Paystub 2

**Employee:** Mariana A. Zhao
Check Number: 42334
Check Date: 6/25/2019
Period Begin: 6/17/2019
Period End: 6/23/2019
Hire Date: 09/08/2014

**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 40.00 | 600.00 | 13376.00 |
| OT wages | 22.50 | 0.25 | 5.63 | 264.40 |
| Hol hourly | | | | 344.00 |
| * Uniform | | | | 108.00 |

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.79 | 900.38 |
| Soc Sec Tax | 37.55 | 867.05 |
| Medicare Tax | 8.78 | 202.78 |
| State Inc Tax | 20.87 | 462.31 |
| NYC | 14.68 | 326.74 |
| NY PFL | 0.93 | 21.40 |
| SDI | 0.60 | 15.00 |
| Union Dues | 9.50 | 237.50 |

TOTAL GROSS PAY   605.63   14092.40
FEDERAL TAXABLE GROSS PAY   605.63   13984.40
TOTAL DEDUCTIONS   133.70   3033.16
NET PAY   471.93   11059.24

---

### Paystub 3

**Employee:** Mariana A. Zhao
Check Number: 42200
Check Date: 5/14/2019
Period Begin: 5/6/2019
Period End: 5/12/2019
Hire Date: 09/08/2014

**Employer:** Hippodrome Services, Corp
780 East 134 Street
Bronx, NY 10454
(718) 505-1874

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.00 | 34.75 | 521.25 | 9978.50 |
| OT wages | | | | 196.89 |
| Hol hourly | | | | 224.00 |
| * Uniform | | 18.00 | | 90.00 |

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 30.67 | 661.47 |
| Soc Sec Tax | 32.32 | 644.78 |
| Medicare Tax | 7.56 | 150.80 |
| State Inc Tax | 15.85 | 339.83 |
| NYC | 11.35 | 240.49 |
| NY PFL | 0.80 | 15.91 |
| SDI | 0.60 | 11.40 |
| Union Dues | 9.50 | 180.50 |

TOTAL GROSS PAY   539.25   10489.39
FEDERAL TAXABLE GROSS PAY   521.25   10399.39
TOTAL DEDUCTIONS   108.65   2245.18
NET PAY   430.60   8244.21

## Pay Stub 1

**Employee:** Mariana A. Zhao
SSN: [redacted]
Check Number: 1255
Check Date: 4/24/2020
Period Begin: 4/20/2020
Period End: 4/26/2020
Hire Date: 09/08/2014
W/H Status: 2019 Fed [redacted]; State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 40.00 | 608.00 | 896.80 |
| Hol hourly | | | | 243.20 |
| Vac salary | | | | 608.00 |
| **TOTAL GROSS PAY** | | **40.00** | **608.00** | **1748.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.55 | 97.94 |
| Soc Sec Tax | 37.70 | 108.38 |
| Medicare Tax | 8.82 | 25.35 |
| State Inc Tax | 20.99 | 51.26 |
| NYC | 14.77 | 36.51 |
| NY PFL | 1.64 | 4.72 |
| SDI | 0.60 | 1.80 |
| Union Dues | 9.50 | 28.50 |
| **TOTAL DEDUCTIONS** | **134.57** | **354.46** |

**NET PAY**

---

## Pay Stub 2

**Employee:** Mariana A. Zhao
SSN: [redacted]
Check Number: 1256
Check Date: 4/24/2020
Period Begin: 4/20/2020
Period End: 4/26/2020
Hire Date: 09/08/2014
W/H Status: 2019 Fed [redacted]; State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | 15.20 | 40.00 | 608.00 | 896.80 |
| Hol hourly | | | | 243.20 |
| Vac salary | | | | 1216.00 |
| **TOTAL GROSS PAY** | | **40.00** | **608.00** | **2356.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 40.55 | 138.49 |
| Soc Sec Tax | 37.70 | 146.08 |
| Medicare Tax | 8.82 | 34.17 |
| State Inc Tax | 20.99 | 72.25 |
| NYC | 14.77 | 51.28 |
| NY PFL | 1.64 | 6.36 |
| SDI | 0.60 | 2.40 |
| Union Dues | | 28.50 |
| **TOTAL DEDUCTIONS** | **125.07** | **479.53** |
| **NET PAY** | **482.93** | **1876.47** |

---

## Pay Stub 3

**Employee:** Mariana A. Zhao
SSN: [redacted]
Check Number: 1257
Check Date: 4/24/2020
Period Begin: 4/20/2020
Period End: 4/26/2020
Hire Date: 09/08/2014
W/H Status: 2019 Fed [redacted]; State: NY [redacted]

**Employer:** Hippodrome Services LLC
780 East 134th Street
Bronx, NY 10454
(718) 505-1874

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Reg wages | | | | 896.80 |
| Hol hourly | | | | 243.20 |
| Sick hourly | 15.20 | 16.00 | 243.20 | 243.20 |
| Vac salary | | | | 1216.00 |
| **TOTAL GROSS PAY** | | **16.00** | **243.20** | **2599.20** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 0.47 | 138.96 |
| Soc Sec Tax | 15.08 | 161.16 |
| Medicare Tax | 3.53 | 37.70 |
| State Inc Tax | 2.50 | 74.75 |
| NYC | 2.23 | 53.51 |
| NY PFL | 0.66 | 7.02 |
| SDI | 0.60 | 3.00 |
| Union Dues | | 28.50 |
| **TOTAL DEDUCTIONS** | **25.07** | **504.60** |
| **NET PAY** | **218.13** | **2094.60** |