# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    (212) 465-1188
cklee@leelitigation.com

December 13, 2022

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   *Zhao v. Surge Private Equity LLC, et al*
Case No. 22-cv-07314

Dear Judge Failla:

We are counsel to Plaintiff in the above referenced act. We write today, jointly with counsel for Defendants, pursuant to the Court's instructions during the Initial Pretrial Conference held on November 29, 2022.

The parties propose the below briefing schedule for Plaintiff's motion for conditional certification:

| | |
|---|---|
| Plaintiff's Motion: | January 6, 2023 |
| Defendants' Opposition: | January 20, 2023 |
| Plaintiff's Reply: | January 27, 2023 |

We thank the Court for its time and attention to this case.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

```
Application GRANTED.  The parties shall follow the briefing schedule set
forth above for Plaintiff's motion for conditional certification.

Dated:    December 13, 2022            SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE