UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNA ZHAO,, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

SURGE PRIVATE EQUITY LLC,
    d/b/a SURGE PRIVATE EQUITY
HIPPODROME SERVICES CORP.
    d/b/a HIPPODROME SERVICES
HIPPODROME LLC,
    d/b/a HIPPODROME SERVICES LLC
DOUGLAS KOPELMAN,

                Defendants.

Case No.: 1:22-cv-07314

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Please take notice that upon the accompanying Memorandum of Law, Declaration and annexed materials, Plaintiff, on behalf of herself and all others similarly situated, by her undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **EXHIBIT 1**.

Dated: New York, New York

    January 6, 2023

Respectfully submitted,

By:  */s/ C.K. Lee*
      C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class*