UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNA ZHAO, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

v.

SURGE PRIVATE EQUITY LLC,
   d/b/a SURGE PRIVATE EQUITY
HIPPODROME SERVICES CORP.
   d/b/a HIPPODROME SERVICES
HIPPODROME LLC,
   d/b/a HIPPODROME SERVICES LLC
and DOUGLAS KOPELMAN ,

                Defendants.

Case No.: 1:22-cv-07314

### DECLARATION OF C.K. LEE

I, C.K. Lee, under penalty of perjury, affirm as follows:

1.    My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2.    I submit this declaration in support of Plaintiffs' Motion for Conditional Collective Certification.

3.    Attached hereto as **EXHIBIT A** to are true and correct copies of the Proposed Notice of Pendency of Lawsuit Regarding Wages and "Consent to Sue" Form.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York

January 6, 2023

Respectfully submitted,

By:    */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class.*