UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIANNA ZHAO, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

    Plaintiff,

v.

SURGE PRIVATE EQUITY LLC,
    d/b/a SURGE PRIVATE EQUITY
HIPPODROME SERVICES CORP.
    d/b/a HIPPODROME SERVICES
HIPPODROME LLC,
    d/b/a HIPPODROME SERVICES LLC
DOUGLAS KOPELMAN,

    Defendants.

---

Case No.: 1:22-cv-07314

## DECLARATION OF MARIANNA ZHAO

I, MARIANNA ZHAO, under penalty of perjury, declare as follows:

1. I was employed as a cleaner at Defendants' Commercial Laundry business "Hippodrome," located at 780 East 134th Street, Bronx, NY 10451 from around June 2012, to around December 1, 2019. I was then rehired by Defendants in or around April 2020 to June 30, 2020.

2. Defendants SURGE PRIVATE EQUITY LLC and DOUGLAS KOPELMAN own and operate a Commercial Laundry business servicing 4 and 5 star hotels across New York City, previously through Corporate Defendant HIPPODROME SERVICES CORP and currently through Corporate Defendant HIPPODROME LLC.

3. Throughout my employment with Defendants, I regularly observed and spoke with my fellow non-managerial co-workers regarding our wages. Such co-workers include, but are not limited to:

| Name | Position |
|---|---|
| Hilda [Last Name Unknown] | Dry Cleaner / Laundry / Ironers / Linen Workers / Packers / and all other positions as necessary |
| Francisca [LNU] | Dry Cleaner / Presser / Ironer |
| Sonia [LNU] | Dry Cleaner / Laundry / Ironers / Linen Workers / Packers / and all other positions as necessary |
| Rosa [LNU] | Dry Cleaner / Ironer / and all other positions as necessary |
| Olivia [LNU] | Dry Cleaner / and all other positions as necessary |
| Amelia [LNU] | Dry Cleaner / and all other positions as necessary |
| Susana [LNU] | Dry Cleaner / and all other positions as necessary |
| Teresa [LNU] | Linen Worker / and all other positions as necessary |

Based on my personal observations and conversations with co-workers, I know that all employees of Defendants were subject to the same wage and hour policies. I regularly spoke with my co-workers and it was common knowledge that we were being time-shaved, our hours were being rounded, and we were not being paid for all of our hours worked. Furthermore, although I was hired as a cleaner for Defendants' business, I was required to help fill in for any position on an as needed basis. Based on my conversations with co-workers listed above, I know that they too were required to help in and work any position as needed.

4. From the start of my employment to June 2016, I was scheduled to work from 9:00 a.m. to 5:00 p.m., five (5) days per week. Starting in June 2016 to the end of my employment, I was scheduled to work from 8:00 p.m. to 4:00 a.m., five (5) days per week.

5. From the start of my employment until approximately December 1, 2019, I was paid at the New York City minimum wage rate. From April 2020, to the end of my employment on June 30, 2020, I was paid at a rate of $15.20 per hour.

6. Starting in or around August 2019, I was required to clock out for a thirty (30) minute meal break. However, approximately two (2) times per week, the laundry truck would arrive to pick up the laundry, and I would be required to interrupt my break and help load the truck

up with clothes. Additionally, approximately three (3) times per week, it would be too busy and I was unable to take a meal break, however, Defendants would automatically deduct thirty (30) minutes from my wages anyway. Other non-exempt employees (including, but not limited to, individuals listed in ¶ 4 herein) similarly suffered from being too busy to take a meal break or had their meal breaks interrupted.

7. I recall discussing and complaining about these matters with Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Teresa and Susana. We would complain about our missing hours from our wages while meeting up and arriving at work, while having our coffee, while we were working, when we ran into each other in the bathrooms, and when we were heading home.

8. I specifically recall that Teresa was extremely disgusted at this policy. She told me that the reason for her disgust was because she had previously complained Îregarding working through her meal breaks, but nothing was done to fix this issue. She also was disgusted that the policy was allowed to continue, despite her and other employees' complaints.

9. I further recall that Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana, would also complain to me about working through our meal breaks. They would be upset that we were required to work through our breaks after we had already clocked out, and were not allowed to clock back in. Furthermore, in the cases where we could not even clock out for a meal, the time would still be deducted from our wages. These complaints would occur during our commute to and from work, and even occasionally while we were working near each other.

10. Starting from August 2019, I was required to come in to work approximately fifteen (15) minutes before the start of my shift. However, I was required to perform off-the-clock work during this time prior to my scheduled shift starting. I was additionally required to stay back and continue working for thirty (30) minutes after I had clocked out of my shift. Other non-exempt

employees (including, but not limited to, individuals listed in ¶ 4 herein) similarly had to perform work off the clock pre-shift and post-shift.

11. I specifically recall that Hilda and Sonia would increase their complaints of performing work off the clock between the summers of 2019 and 2020, as it was already hot when they were working and the summer heat just exacerbated the heat. Hilda and Sonia would complain to me about how infuriating it was that we were required to perform this off the clock work in the sweltering summer heat and not only did we not get any extra benefits for working in these conditions, but in fact we would not get even get paid this work.

12. I further recall that Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana, and myself would always see each other performing this unpaid work before our shift started and after our shift had ended. We would always be depressed that we had to perform this work off the clock before and after our shift started, but because everyone was doing it, we feared what would happen to us if we did not comply.

13. I also recall speaking about these issues after work, when we were on our way home. Hilda had a car, so she would occasionally give myself and a few other co-workers rides to the train station. During these rides, we would discuss how unfair these timeshaving polices were and how much money we were being deprived of because of all the off the clock work that Defendants required us to perform.

14. I also recall speaking about these issues with Susana when we walked towards the 6 train after work because we did not get a ride with Hilda. Susana was always upset that we had to stay back after our shift ended to continue working, but we would not get paid for that time.

15. Throughout my employment, Defendant had an improper policy of rounding my hours. Defendant's timekeeping system improperly rounded down my clock-in and clock-out

times to the nearest fifteen (15) minute increment. Based on my personal observations and conversations with co-workers, other employees (including, but not limited to individuals listed in ¶ 4 herein) similarly had their hours rounded to their detriment.

16. I also recall discussing the matter of our rounded hours with Susana while we walked towards the 6 train after work when we did not get a ride with Hilda. We would complain to each other about how unfair it was that our hours were rounded to our detriment. Specifically, the fact that our hours were rounded to our detriment in addition to us performing this off the clock work was especially insulting. Susana would complain that it felt like we were just constantly working for Defendants and never got paid for all the hours we worked.

17. I recall that many of my conversations and complaints with Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana relating to our unpaid hours occurred on the weekends, because that was when we got our paychecks. After reviewing our paychecks, we would inevitably meet up throughout the day while working and complain about our missing hours. These discussions would continue on to when we were leaving and getting driven to the station by Hilda.

18. Throughout my employment with Defendants, I did not receive proper wage statements from Defendants because the hours recorded on these statements was always inaccurate, due to Defendants' policy of time-shaving and rounding. Other employees of Defendants (including, but not limited to, individuals listed in ¶ 4 herein) also did not receive accurate wage statements.

19. Throughout my employment with Defendants, I did not receive a proper wage and hour notice when I was hired or with every change of payrate thereafter. Other employees (including, but not limited to, individuals listed in ¶ 4 herein) also did not receive a proper wage and hour notice at the time of hiring or with every change of payrate thereafter.

20. I agree to act as an FLSA Collective and Class representative and am of sound mind and body.

21. I do not have any conflicts with prospective Class Members.

[REST OF PAGE LEFT INTENTIONALLY BLANK]

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.


Dated: New York, New York
        Jan 5, 2023

                                 Mariana Zhao (Jan 5, 2023 07:43 EST)

                                 Name: Marianna Zhao

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE NUEVA YORK**

---

MARIANNA ZHAO, *en nombre de sí misma, FLSA Demandantes Colectivos y la Clase*,

        Demandante,                                              No. Del Caso: 1:22-cv-07314

        v.

SURGE PRIVATE EQUITY LLC,
    d/b/a SURGE PRIVATE EQUITY
HIPPODROME SERVICES CORP.
    d/b/a HIPPODROME SERVICES
HIPPODROME LLC,
    d/b/a HIPPODROME SERVICES LLC
DOUGLAS KOPELMAN,

        Demandados.

---

**DECLARACIÓN DE MARIANNA ZHAO**

Yo, MARIANNA ZHAO, bajo pena de perjurio, declaro lo siguiente:

1. Yo trabajé como limpiadora en el negocio de lavandería comercial "Hippodrome" de los Demandados, ubicado en 780 East 134th Street, Bronx, NY 10451 desde aproximadamente junio de 2012 hasta aproximadamente el 1 de diciembre de 2019. Luego, los Demandados me volvieron a contratar alrededor de abril de 2020 hasta el 30 de junio de 2020.

2. Los demandados SURGE PRIVATE EQUITY LLC y DOUGLAS KOPELMAN poseen y operan un negocio de lavandería comercial que da servicio a hoteles de 4 y 5 estrellas en toda la ciudad de Nueva York, anteriormente a través del demandado corporativo HIPPODROME SERVICES CORP y actualmente a través del demandado corporativo HIPPODROME LLC.

3. A lo largo de mi empleo con los Demandados, observé y hablé regularmente con mis compañeros de trabajo no gerenciales con respecto a nuestros salarios. Tales compañeros de trabajo incluyen, pero no se limitan a:

| Nombre | Posición |
|---|---|
| Hilda [Apellido desconocido] | Tintorería / Lavandería / Planchadoras / Trabajadores del lino / Empacadores / y todas las demás posiciones según sea necesario |
| Francisca [AD] | Tintorería / Prensadora / Planchadora |
| Sonia [AD] | Tintorería / Lavandería / Planchadoras / Trabajadores del lino / Empacadores / y todas las demás posiciones según sea necesario |
| Rosa [AD] | Tintorería / Planchadora / y todas las demás posiciones según sea necesario |
| Olivia [AD] | Tintorería / y todas las demás posiciones según sea necesario |
| Amelia [AD] | Tintorería / y todas las demás posiciones según sea necesario |
| Susana [AD] | Tintorería / y todas las demás posiciones según sea necesario |
| Teresa [AD] | Trabajadora de lino / y todos los demás puestos según sea necesario |

En base a mis observaciones personales y conversaciones con compañeros de trabajo, sé que todos los empleados de los Demandados estaban sujetos a las mismas políticas de salarios y horarios. Hablaba regularmente con mis compañeros de trabajo y era de conocimiento común que se nos estaba reduciendo el tiempo, nuestras horas se redondeaban y no se nos pagaba por todas las horas trabajadas. Además, aunque fui contratada como limpiadora para el negocio de los Demandados, se me pidió que ayudara a llenar para cualquier posición según fuera necesario. Según mis conversaciones con los compañeros de trabajo mencionados anteriormente, sé que ellos también estaban obligados a ayudar y trabajar en cualquier posición según fuera necesario.

4. Desde el inicio de mi empleo hasta junio de 2016, estaba programada para trabajar de 9:00 a. m. a 5:00 p. m., cinco (5) días a la semana. A partir de junio de 2016 hasta el final de mi empleo, estaba programada para trabajar de 8:00 p. m. a 4:00 a. m., cinco (5) días a la semana.

5.      Desde el comienzo de mi empleo hasta aproximadamente el 1 de diciembre de 2019, me pagaron al salario mínimo de la ciudad de Nueva York. Desde abril de 2020 hasta el final de mi empleo el 30 de junio de 2020, me pagaron una tarifa de $15.20 por hora.

6.      A partir de agosto de 2019 o alrededor de esa fecha, se me pidió que marcara por un descanso para comer de treinta (30) minutos. Sin embargo, aproximadamente dos (2) veces por semana, llegaba el camión de la lavandería para recoger la ropa, y se me pedía que interrumpiera mi descanso y ayudara a cargar el camión con ropa. Además, aproximadamente tres (3) veces por semana, estaría demasiado ocupada y no podría tomarme un descanso para comer; sin embargo, los Demandados deducirían automáticamente treinta (30) minutos de mi salario de todos modos. Otros empleados no exentos (incluidos, entre otros, las personas enumeradas en el ¶ 4 del presente) sufrieron de manera similar por estar demasiado ocupados para tomar un descanso para comer o sus descansos para comer fueron interrumpidos.

7.      Recuerdo discutir y quejarme de estos asuntos con Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Teresa y Susana. Nos quejábamos de las horas que nos faltaban de nuestro salario mientras nos reuníamos y llegábamos al trabajo, mientras tomábamos nuestro café, mientras trabajábamos, cuando nos encontrábamos en los baños y cuando nos dirigíamos a casa.

8.      Recuerdo específicamente que Teresa estaba muy disgustada con esta política. Me dijo que el motivo de su disgusto era que se había quejado anteriormente sobre trabajar durante sus descansos para comer, pero no se hizo nada para solucionar este problema. También le disgustó que se permitiera continuar con la política, a pesar de las quejas de ella y de otros empleados.

9.      También recuerdo que Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana, también se quejaban de trabajar durante los descansos para comer. Estaban molestas porque nosotras tuvimos que trabajar durante nuestros descansos después de que ya habíamos ponchado

la salida y no se nos permitió volver a ponchar. Además, en los casos en los que ni siquiera pudiéramos ponchar la salida para una comida, el tiempo seguiría siendo descontado de nuestro salario. Estas quejas ocurrían durante nuestro viaje hacia y desde el trabajo, e incluso ocasionalmente mientras trabajábamos cerca el uno del otro.

10. A partir de agosto de 2019, se me exigió que llegara a trabajar aproximadamente quince (15) minutos antes del comienzo de mi turno. Sin embargo, se me pidió que realizara trabajo fuera del horario laboral durante este tiempo antes de que comenzara mi turno programado. Además, se me pidió que me quedara atrás y siguiera trabajando durante treinta (30) minutos después de haber marcado la salida de mi turno. Otros empleados no exentos (incluidos, entre otros, las personas enumeradas en el ¶ 4 del presente) de manera similar tuvieron que realizar trabajos fuera del horario de trabajo antes y después del turno.

11. Recuerdo específicamente que Hilda y Sonia aumentarían sus quejas por realizar trabajos fuera de horario entre los veranos de 2019 y 2020, ya que cuando estaban trabajando ya hacía calor y el calor del verano solo agudizaba el calor. Hilda y Sonia se quejaban de lo que enfurece que era que tuviéramos que realizar este trabajo fuera de horario en el calor sofocante del verano y no solo no obtuviéramos ningún beneficio adicional por trabajar en estas condiciones, sino que de hecho no lo haríamos, incluso ni recibir el pago de este trabajo.

12. Recuerdo además que Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana y yo siempre nos veíamos realizando este trabajo no remunerado antes de que comenzara nuestro turno y después de que terminara nuestro turno. Siempre nos deprimía tener que realizar este trabajo fuera de horario antes y después de que comenzara nuestro turno, pero debido a que todos lo estaban haciendo, temíamos miedo lo que nos sucedería si no cumlíamos.

13. También recuerdo haber hablado de estos temas después del trabajo, cuando íbamos camino a casa. Hilda tenía un automóvil, por lo que ocasionalmente nos llevaba a mí y a algunos otros compañeros de trabajo a la estación de tren. Durante estos viajes, hablábamos de lo injusto que eran estas políticas de ahorro de tiempo y de cuánto dinero nos estaban debiendo debido a todo el trabajo fuera de horario que los Demandados nos exigían que realizáramos.

14. También recuerdo haber hablado de estos temas con Susana cuando caminábamos hacia el tren 6 después del trabajo porque Hilda no nos llevaba. Susana siempre estaba molesta porque teníamos que quedarnos después de que terminaba nuestro turno para seguir trabajando, pero no nos pagaban por ese tiempo.

15. A lo largo de mi empleo, el Demandado tenía una política inapropiada de redondear mis horas. El sistema del tiempo programado del demandado redondeó incorrectamente mis tiempos de entrada y salida al incremento de quince (15) minutos más cercano. En base a mis observaciones personales y conversaciones con compañeros de trabajo, otros empleados (incluidos, entre otros, los individuos enumerados en el ¶ 4 del presente) de manera similar tenían sus horas redondeadas en su detrimento.

16. También recuerdo haber discutido el tema de nuestras horas redondeadas con Susana mientras caminábamos hacia el tren 6 después del trabajo cuando Hilda no nos llevó. Nos quejábamos unos a otros de lo injusto que era que nuestros horarios se redondearan en detrimento nuestro. Específicamente, el hecho de que nuestras horas fueran redondeadas en detrimento nuestro además de realizar este trabajo fuera del reloj fue especialmente insultante. Susana se quejaba de que sentía que trabajábamos constantemente para los Demandados y que nunca nos pagaban todas las horas que trabajábamos.

17. Recuerdo que muchas de mis conversaciones y quejas con Hilda, Francisca, Sonia, Rosa, Olivia, Amelia, Susana sobre nuestras horas no pagadas ocurrieron los fines de semana, porque era cuando recibíamos nuestros cheques. Después de revisar nuestros cheques de pago, inevitablemente nos reuníamos a lo largo del día mientras trabajábamos y nos quejábamos de nuestras horas perdidas. Estas discusiones continuarían cuando nos fuéramos y Hilda nos llevara a la estación.

18. A lo largo de mi empleo con los Demandados, no recibí declaraciones de salarios adecuadas de los Demandados porque las horas registradas en estas declaraciones siempre fueron inexactas, debido a la política de reducción y redondeo de horas de los Demandados. Otros empleados de los Demandados (incluidos, entre otros, las personas enumeradas en el ¶ 4 del presente) tampoco recibieron declaraciones de salarios precisas.

19. A lo largo de mi empleo con los Demandados, no recibí un aviso de salario y horas adecuado cuando fui contratado o con cada cambio de salario a partir de entonces. Otros empleados (incluidos, entre otros, las personas enumeradas en el ¶ 4 del presente) tampoco recibieron un aviso de salario y horario adecuado en el momento de la contratación o con cada cambio de salario a partir de entonces.

20. Acepto actuar como representante colectivo y de clase de la FLSA y tengo la mente y el cuerpo sanos.

21. No tengo ningún conflicto con posibles Miembros de la Clase .

[EL RESTO DE LA PÁGINA SE DEJÓ EN BLANCO INTENCIONALMENTE]

Yo afirmo, bajo pena de perjurio, que la información anterior es verdadera y correcta.

Fechado: Nueva York, Nueva York
 January/5/2023

_____
Mariana Zhao (Jan 5, 2023 07:43 EST)

 Nombre: Marianna Zhao