UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
MARIANNA ZHAO, on behalf of herself, FLSA Collective
Plaintiffs, and the Class,

                                                                                                             Index No.: 22-cv-07314

                               Plaintiff,

    -against-

SURGE PRIVATE EQUITY LLC, d/b/a SURGE PRIVATE
EQUITY HIPPODROME SERVICES CORP.
d/b/a HIPPODROME SERVICES HIPPODROME LLC,
d/b/a HIPPODROME SERVICES LLC and DOUGLAS
KOPELMAN,

                             Defendants.
------------------------------------------------------------------------------X

## **MOTION TO WITHDRAW AS COUNSEL**

Upon the accompanying affirmation of Andrew Ross Sack, Esq., the undersigned respectfully moves this Court to withdraw the appearance of Andrew Ross Sack on behalf of Defendants, SURGE PRIVATE EQUITY LLC, d/b/a SURGE PRIVATE EQUITY HIPPODROME SERVICES CORP., d/b/a HIPPODROME LLC, HIPPODROME LLC, d/b/a HIPPODROME SERVICES LLC and DOUGLAS KOPELMAN, in the above-captioned civil action effective immediately.

                                                      Respectfully submitted,

Dated:  Woodbury, New York
         September 19, 2023                MILBER MAKRIS PLOUSADIS & SEIDEN LLP
                                                      */s/ Andrew Ross Sack*
                                                          Andrew Ross Sack, Esq.
                                                          1000 Woodbury Road, Suite 402
                                                          Woodbury, New York 11797
                                                          (516) 712-4000
                                                          asack@milbermakris.com

cc: All counsel of record (via ECF)