**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARIANNA ZHAO, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SURGE PRIVATE EQUITY LLC, ET AL,

                Defendants.

**Case No.:** 1:22-cv-7314

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MARIANNA ZHAO hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated July 30, 2024, and annexed hereto as **Exhibit A**.

Dated: August 9, 2024

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collectively Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

John J. Byrnes, Esq.
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
jbyrnes@milbermakris.com
*Attorney for Defendants*



By: _____
C.K. Lee, Esq.