UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNA ZHAO, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

           Plaintiff,

v.

SURGE PRIVATE EQUITY LLC, ET AL,

           Defendants.

**Case No.**: 1:22-cv-7314

**[~~PROPOSED~~]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Surge Private Equity LLC d/b/a Surge Private Equity, Hippodrome Services Corp. d/b/a Hippodrome Services, Hippodrome LLC d/b/a Hippodrome Services LLC and Douglas Kopelman (collectively "Defendants"), having offered to allow Plaintiff Marianna Zhao ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand and No Cents ($25,000.00), inclusive of all damages, interest, attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiff, with respect to all of her individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 30, 2024 and filed as Exhibit A to Docket Number 72;

    **WHEREAS**, on August 9, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 72);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ~~XXXXXXX~~ Marianna Zhao, in the sum of $25,000.00, in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment dated July 30, 2024 and filed as Exhibit A to Docket Number 72. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: <u>August 9</u>, 2024
       New York, New York

_____
Dale E. Ho
United States District Judge